**Appeal Dismissed and Memorandum Opinion filed March 10, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00544-CR

**DAVID E. BEARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1577902**

## MEMORANDUM OPINION

A jury found appellant guilty of aggravated sexual assault. Appellant then entered a guilty plea to the offense. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified the defendant waived the right of appeal. *See* Tex. R.

App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). A waiver of the right of appeal is valid if there was consideration. *See Jones v. State*, 488 S.W.3d 801, 807–08 (Tex. Crim. App. 2016); *Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009). In this case, appellant waived his right of appeal in exchange for a sentence of ten years. The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)